# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| DALE ECONOMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:20-CV-32-GSL |
| ) | |
| TONDA COCKRELL, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case has been referred to Judge Philip P. Simon for a settlement conference on November 19, 2024, at 9:00 a.m. (CST).

To understand Judge Simon's procedure and requirements, and to assist in promoting settlement, each party should review the "Settlement Conference" page on Judge Simon's website at: www.innd.uscourts.gov/sites/innd/files/PPSSettlementConferenceInstructions.pdf in advance of the settlement conference. This includes instructions regarding the pre-conference demand and offer, submission of settlement memoranda, attendance requirements, and the conference format.

SO ORDERED.

ENTERED: November 7, 2024.

　　　　　　　　　　　　　　　　　　/s/   Philip P. Simon
　　　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT