UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE W. ECONOMAN and ECONOMAN & ASSOCIATES FAMILY MEDICINE,  )<br>) <br>Plaintiffs,  ) <br>vs.  ) <br>) <br>TONDA COCKRELL, GARY L. WHISENAND, THE GARRISON LAW FIRM, L.L.C., JAMES LUTTRULL, JESSICA KRUG, THE OFFICE OF THE INDIANA ATTORNEY GENERAL and THE UNITED STATES  ) <br>) <br>Defendants.  ) | CASE NO. 1:20-cv-00032-GSL |

## DEFENDANT THE GARRISON LAW FIRM'S MOTION FOR LEAVE TO VIRTUALLY ATTEND JUDICIAL SETTLEMENT CONFERENCE

Defendant, The Garrison Law Firm, L.L.C., (hereinafter, "GLF"), by counsel, respectfully request that the Court allow the representative of GLF's insurer to virtually attend the Settlement Conference set for November 19, 2024, at 9 a.m. central time. In support of this Motion, GLF states as follows:

1. This matter is set for a judicial settlement conference before Judge Philip P. Simon on November 19, 2024, at 9 a.m. central time in Hammond, Indiana.

2. The Instructions for Settlement Conference for Cases Assigned to U.S. District Judge Philip P. Simon states in relevant part as follows:

> Parties with ultimate settlement authority must be personally present at the settlement conference, unless otherwise ordered by the Court…if a party requires approval by an insurer to settle, then a representative of the insurer who is authorized to negotiate and who has full settlement authority must attend.

3. GLF has a Lawyers Professional Liability Policy from AmTrust North America.

1

4. The AmTrust North America insurance claim representative (the "Claim Representative") who is assigned to this matter is currently suffering from a right leg injury that prevents her from being able drive for extended periods of time.

5. The Claim Representative lives outside of Indiana and would be required to drive a longer distance than she is currently able to drive.

6. Counsel for GLF who is attending the judicial settlement conference can arrange for the Claim Representative to appear virtually on counsel's laptop using the Court's Wi-Fi.

7. If the Claim Representative is unable to attend the judicial settlement conference virtually, another claims representative will be required to attend.

8. The Claim Representative has been assigned to the instant matter since it's initiation and is the person at AmTrust who is most knowledgeable about the issues involved.

9. The purpose of this Motion is not to avoid the Court's Order, but to allow for the attendance of the most knowledgeable representative of GLF's insurer.

10. Counsel for Plaintiffs and Co-Defendants have been contacted and have no objection to the filing of this Motion.

WHEREFORE, GLF, by counsel, respectfully requests that the Court allow for the representative of GLF's insurer to attend the currently scheduled judicial settlement conference virtually.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By  *s/ Michael E. Brown*
Michael E. Brown, ID No. 2914-49
*Attorney for Defendant, The Garrison Law Firm*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 12, 2024, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Betsy M. DeNardi
Cory C. Voight
OFFICE OF THE
INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Attorneys for Defendants, James Luttrull, Jessica Krug and The Office of the Indiana Attorney General*

Dirk D De Lor
Madison Lo Dolce
Wayne T. Ault
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Dirk.de.lor@usdoj.gov
Madison.lodolce@usdoj.gov
Wayne.ault@usdoj.gov
*Attorneys for Defendants, United States of America, Tonda Cockrell and Gary Whisenand*

Eric Schmadeke
DENSBORN BLACHLY LLP
500 E 96th Street, Suite 100
Indianapolis, IN 46240
eschmadeke@dblaw.com

Gillian D. Keiffner
KEIFFNER LAW LLC
6508 Westfield Blvd., Suite 300
Indianapolis, IN 46220
Gillian@keiffner.com
*Attorneys for Plaintiffs*

      *s/ Michael E. Brown*
      Michael E. Brown

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com
tfreed@k-glaw.com

3