UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **DALE W. ECONOMAN**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20CV32 |
| | ) |
| **TONDA COCKRELL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FEDERAL DEFENDANTS' MOTION FOR LEAVE TO APPEAR
VIRTUALLY AT THE JUDICIAL SETTLEMENT CONFERENCE**

Defendants United States of America, Tonda Cockrell, and Gary L. Whisenand (Federal Defendants) respectfully request that the Court allow defendants Gary L. Whisenand and Tonda Cockrell; and Patrick C. Patterson, a representative of Tonda Cockrell's potential insurer,[1] to virtually participate in the Court's Settlement Conference set for November 19, 2024. In support of this motion, Federal Defendants state as follows:

1.	The Instructions for Settlement Conference for Cases Assigned to U.S. District Judge Philip P. Simon states as follows:

> Parties with ultimate settlement authority must be personally present at the settlement conference, unless otherwise ordered by the Court. This means that if the party is an individual, that individual must personally attend . . . if a party requires approval by an insurer to settle, then a representative of the insurer who is authorized to negotiate and who has full settlement authority must attend.

---

[1] During the events alleged in plaintiffs' complaint against defendant Tonda Cockrell, a law enforcement officer for the Kokomo Police Department (KPD) during the relevant time period, AXA XL insured the City of Kokomo, Indiana for the actions of KPD law enforcement officers, including Tonda Cockrell. Although they have not denied coverage for her actions alleged in plaintiffs' complaint, AXA XL has not yet decided whether or not their policy covers Tonda Cockrell for this case.

2. The undersigned counsel for the United States will come to the Court's Settlement Conference with authority to settle the case against all of the federal defendants pursuant to the United States' authority under the Federal Tort Claims Act. Defendants Gary L. Whisenand and Tonda Cockrell have authorized the undersigned counsel for the United States to enter into such a settlement that does not involve their modest personal funds.

3. The settlement conference was set on short notice. Defendant Gary L. Whisenand lives in Virginia and would have to fly here and arrange lodging at substantial expense to attend the Settlement Conference in person. Defendant Whisenand has agreed to be available by telephone or otherwise be available to participate virtually during the entire Settlement Conference.

4. Defendant Tonda Cockrell would have to drive a long distance at substantial personal expense to attend the Settlement Conference in person. Defendant Cockrell has agreed to be available by telephone or otherwise be available to participate virtually during the entire Settlement Conference.

5. Patrick C. Patterson, the representative of AXA XL, Tonda Cockrell's potential insurer, lives in Texas. Mr. Patterson would have to fly here and arrange lodging at substantial expense to participate in the Settlement Conference in person. Before the Court set the Settlement Conference, Mr. Patterson arranged his son's visit, who will have arrived at his home by the date of the Settlement Conference in preparation for the Thanksgiving Holiday. Mr. Patterson has agreed to be available by telephone or otherwise be available to participate virtually during the entire Settlement Conference.

6. Counsel for all of the defendants in this case have authorized the undersigned counsel for the Federal Defendants to state that they do not object to the relief requested in this motion. Counsel for plaintiffs has informed the undersigned counsel that he objects to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant the Federal Defendants' motion, and permit Defendants Tonda Cockrell and Gary L. Whisenand, and AXA XL representative Patrick C. Patterson to attend the Settlement Conference on November 19, 2024 telephonically, or by other virtual means.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

/s/ Wayne T. Ault
WAYNE T. AULT
JENNIFER B. COOK
MADISON LO DOLCE
Assistant United States Attorneys
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Telephone: 219-937-5500
Telecopy: 219-852-2770
Internet Address: wayne.ault@usdoj.gov

Counsel for Defendants United States of America, Tonda Cockrell, and Gary L. Whisenand