UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

DALE ECONOMAN, et al.,

        *Plaintiffs*,

v.

        CASE NO. 1:20-cv-032-GSL

TONDA COCKRELL, et al.,

        *Defendants*.

**DEFENDANT GARRISON LAW FIRM'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION OF DENIAL OF SUMMARY JUDGMENT**

Defendant, Garrison Law Firm ("GLF"), pursuant to the Court's order to provide further briefing on Plaintiffs' allegations that the Defendants failed to intervene to prevent a constitutional violation, [DE 242] asks the Court to determine the Plaintiffs, in response to GLF'S motion for summary judgment [DE 160, 161, 162], failed to establish a factual basis for GLF's alleged failure to intervene. To sustain a failure to intervene claim a plaintiff must show that the defendant had reason to know a constitutional deprivation is occurring. *Yang v. Hardin*, 37 F.3d 282, 285 (1994). In this case that requires a showing GLF, as independent lawyers retained to pursue a legal remedy desired by its client, the prosecutor of Grant County, had reason to know the information provided to it was false. Plaintiffs alleged no such facts in their complaint and made no such showing in their response to GLF's motion for summary judgment.

While in their complaint the Plaintiffs incorporate all of their factual allegations into their specified claims, the only designated claim for failure to intervene as a basis for liability is ¶ 118 in the "Second Claim for Relief Malicious Prosecution." [DE 1] (Wrongful use of Civil Proceedings) GLF sought summary judgment on that and all other claims arguing it acted simply

as a lawyer for a prosecutor to pursue the claim he desired to pursue. [DE 160, 161, 162]. In doing so, GLF showed it relied on information provided by the investigative authorities as its client testified it was entitled to do. In responding to that motion, it was incumbent on the Plaintiffs to provide evidence to dispute the reasonableness of GLF's reliance on that evidence. *Green v. White,* 17 F.3d 199, 202 (7th Cir. 1994). The plaintiffs presented no such evidence.

Contrary to the suggestion of Plaintiffs' counsel in the recent status conference with the Court, there was no separately identified claim in the Complaint for failure to intervene. To the extent it was specified as conduct supporting the claim for malicious prosecution, it was addressed by GLF in its designation evidence showing the source of its factual basis for the seizure action. Any challenge to that claim rested upon the Plaintiffs. Having failed to do so the Court should find summary judgment for GLF proper on that claim.

        Respectfully submitted,

        KIGHTLINGER & GRAY, LLP

        By  *s/ Michael E. Brown*
            Michael E. Brown, ID No. 2914-49
            *Attorney for Defendant, The Garrison Law Firm*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2024, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Betsy M. DeNardi
Cory C. Voight
OFFICE OF THE
INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Attorneys for Defendants, James Luttrull, Jessica Krug and The Office of the Indiana Attorney General*

Dirk D De Lor
Madison Lo Dolce
Wayne T. Ault
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Dirk.de.lor@usdoj.gov
Madison.lodolce@usdoj.gov
Wayne.ault@usdoj.gov
*Attorneys for Defendants, United States of America, Tonda Cockrell and Gary Whisenand*

Eric Schmadeke
DENSBORN BLACHLY LLP
500 E 96th Street, Suite 100
Indianapolis, IN 46240
eschmadeke@dblaw.com

Gillian D. Keiffner
KEIFFNER LAW LLC
6508 Westfield Blvd., Suite 300
Indianapolis, IN 46220
Gillian@keiffner.com
*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　 *s/ Michael E. Brown*
　　　　　　　　　　　　　　　　　　　　　　 Michael E. Brown

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com
tfreed@k-glaw.com

3