IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE W. ECONOMAN, and ECONOMAN AND ASSOCIATES FAMILY MEDICINE, | |
| *Plaintiffs-appellees*, | Cause No. 1:20-cv-32-GSL |
| v. | |
| JAMES LUTTRULL, JESSICA KRUG, et al., | |
| *Defendants-appellants*. | |

## NOTICE OF APPEAL

Notice is hereby given that James Luttrull and Jessica Krug appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's "Opinion and Order" (R.225) dated September 30, 2024 denying Luttrull and Krug's motion for summary judgment as to absolute and qualified immunity, and from the district court's subsequent reconsideration and denial of qualified immunity, (R.239, 242). All fees have been paid herewith pursuant to Fed. R. App. P. 3(e).

1

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

*/s/ Betsy M. DeNardi*
Betsy M. Denardi, Atty. No. 23856-71
Special Counsel of Complex Litigation
Cory C. Voight, Atty. No. 23180-49
Assistant Chief Deputy

OFFICE OF INDIANA ATTORNEY
GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6231
Fax: (317) 232-7979
Email:  betsy.denardi@atg.in.gov

*Counsel for State Defendant-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Eric D. Schmadeke
Gillian D. Keiffner
Isaac A. Jordan
Densborn Blachly, LLP
*Counsel for Plaintiff*

Wayne T. Ault
Jennifer B. Cook
Dirk D. De Lor
Madison Lo Dolce
United States Attorney's Office, Northern District of Indiana
*Counsel for Defendants Tonda Cockrell, Gary L. Whisenand, and the United States*

Michael E. Brown
Taylor D. Freed
Kightlinger & Gray
*Counsel for Defendant the Garrison Law Firm, L.L.C.*

            */s/ Betsy M. DeNardi*
            Betsy M. DeNardi

OFFICE OF INDIANA ATTORNEY
GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6231
Fax:   (317) 232-7979
Email:  betsy.denardi@atg.in.gov