UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| DALE W. ECONOMAN; AND ECONOMAN AND ASSOCIATES FAMILY MEDICINE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO: 1:20-cv-00032-GSL |
| vs. | ) ) | |
| TONDA COCKRELL, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS

All Defendants Tonda Cockrell, Gary L. Whisenand, The Garrison Law Firm L.L.C., James Luttrull, Jessica Krug, and the United States (together, "Defendants"), by counsel, hereby request that the Court stay all proceedings pending the outcome of the interlocutory appeal filed in the Seventh Circuit, by Defendants James Luttrull and Jessica Krug on November 26, 2024. Defendant Garrison Law Firm is also reviewing its appellate options and may file a notice shortly. In support thereof, the Defendants state:

1.\: On November 26, 2024, Defendants James Luttrull and Jessica Krug filed an interlocutory appeal based on this Court's denial of qualified immunity in its Opinion and Order on September 30, 2024, and from its subsequent reconsideration and denial of qualified immunity on November 5, 2024. DE 225, 239, 242.

2.\: This case is presently set for trial on February 3, 2025, with various pretrial-related deadlines as early as November 28, 2024, Thanksgiving Day. See DE 235.

3. "[W]hen a public official takes an interlocutory appeal to assert a colorable claim to absolute or qualified immunity from damages, the district court must stay proceedings." *Allman v. Smith*, 764 F.3d 682, 684 (7th Cir. 2014) (quoting *Goshtaby v. Board of Trustees of Univ. of Ill.*, 123 F.3d 427, 428 (7th Cir. 1997)); *see also Driftless Area Land Conservancy v. Valcq.*, 16 F.4th 508, 518 (7th Cir. 2021) (holding that "[a] stay is customary in this situation [.]" (internal citations omitted).

4. On November 26, 2024, Counsel for Defendants conferred with Counsel for Plaintiffs regarding their position on the instant motion. They have indicated that they oppose the relief requested herein.

5. If the case proceeds to trial while the interlocutory appeal is still pending, two jury trials will be necessary causing the parties to incur expenses for witness travel, expert witness fees, and other costs twice with the potential risk of a second, unnecessary trial and expenses for some defendants. See Fed. R. Civ. P. 1.

6. Therefore, all Defendants request a stay of this action pending resolution of the interlocutory appeal, because such a stay will promote the interests of judicial economy.

WHEREFORE, Defendants hereby request that the Court stay all proceedings pending the outcome of the interlocutory appeal filed by Defendants James Luttrull and Jessica Krug on November 26, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ *Michael E. Brown (with permission)* | /s/ *Jennifer Cook (with permission)* |
| MICHAEL E. BROWN | WAYNE T. AULT |
| TAYLOR D. FREED | JENNIFER COOK |
| Kightlinger & Gray, LLP | MADISON LO DOLCE |
| 221 N. Pennsylvania Street | 5400 Federal Plaza, Suite 1500 |

| | |
|---|---|
| One Indiana Square, Suite 300<br>Indianapolis, IN 46204<br>T: (317) 638-4521<br>mbrown@k-glaw.com<br>*Counsel for The Garrison Law Firm* | Hammond, IN 46320<br>T: (219) 937-5500<br>F: (219) 937-5550<br>Jennifer.Cook2@usdoj.gov<br>*Counsel for Tonda Cockrell, Gary Whisenand,*<br>*and United States of America* |

/s/ *Betsy M. DeNardi*
BETSY M. DENARDI
CORY C. VOIGHT
CARLY A. BRANDENBURG
Office of the Indiana Attorney General
302 West Washington Street
Indianapolis, IN 46204
betsy.denardi@atg.in.gov
*Counsel for James Luttrull and Jessica Krug*