UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE W. ECONOMAN; AND ECONOMAN AND ASSOCIATES FAMILY MEDICINE, <br><br>Plaintiffs, <br><br>-vs- <br><br>TONDA COCKRELL; GARY L. WHISENAND; THE GARRISON LAW FIRM L.L.C., JAMES LUTTRULL, JESSICA KRUG, AND THE UNITED STATES, <br><br>Defendants. | CASE NO: 1:20-cv-00032-GSL |

## PLAINTIFFS' OBJECTION TO DEFENDANT KRUG AND LUTTRULL'S MOTION FOR EXTENSION OF TIME OF PRETRIAL DEADLINES

Plaintiffs, Dale W. Economan and Economan & Associates Family Medicine, by counsel, hereby object to State Defendants James Luttrull's and Jessica Krug's *Motion for Extension of Time of Pretrial Deadlines* and in support thereof state as follows:

1. On November 6, 2024, the Court issued a Scheduling, Pretrial Conference, and Trial Order ("Trial Order"). (ECF 235).

2. This Court's Trial Order set a variety of deadlines – to include:

1

  a. a deadline of November 28, 2024 for the exchange of exhibits between the parties (November 28, 2024 was Thanksgiving Day – making the deadline November 29, 2024); and

  b. a deadline of December 5, 2024, for proposed Jury Instructions, verdict forms, voir dire questions, motions in limine, and Plaintiffs' Trial Brief; and

  c. a deadline of December 9, 2024, for Plaintiff to prepare and file a proposed joint pretrial order containing

- a jurisdictional statement;
- a joint concise statement describing the case in an impartial and easily understood manner which will be read to the jury panel during voir dire;
- a brief description of the claims (and defenses) to be tried and the law pertaining to each element of the issues;
- a list of the damages sought, the legal basis (which allows for the recovery of the damages sought), and a statement identifying which damages are to be submitted to the jury for determination;
- stipulations of fact; and
- exhibit and witness lists.

3. On November 26, 2024, Defendants Krug and Luttrull filed their *Notice of Appeal.* (ECF 251).

4. By November 26, 2024, Plaintiffs sent all Defendants a proposed jurisdictional statement and a draft of a purposed approach to a joint statement describing the case.

5. On November 27, 2024, all Defendants filed a *Joint Motion to Stay Proceedings*. (ECF 253).

4926-1981-1843, v. 2

6. By midnight on November 29, 2024, all parties – except Defendants Krug and Luttrull – had exchanged exhibits as ordered by this Court.

7. Counsel for Krug and Luttrull indicated to all other parties that "[i]n the absence of a court order denying the stay, my clients will not be exchanging exhibits."

8. Plaintiffs have received no response from any of the Defendants regarding their proposed joint jurisdictional statement or proposed verdict forms, and received no response from Defendants Krug and Luttrull as to their proposed jury instructions, proposed voir dire questions, or proposed verdict forms.

9. On December 4, 2024, Defendants Krug and Luttrull filed their *Defendants' Motion for Extension of Time of Pretrial Deadlines*—one business day before a host of filings were due for all parties—and having already disregarded this Court's prior deadline as it related to the exchange of exhibits.

10. Plaintiffs' are well aware of the time, energy and resources required to abide by this Court's Trial Order—and have expended the same since November 5, 2024, in order to comply with the deadlines as ordered.

11. All of the Defendants who have not yet filed an appeal have indicated, through counsel, that they too are likely to file an appeal.

12. To the extent that the Court intends on issuing an Order extending the deadlines today – given that many filings *are due today* – Plaintiffs are in a difficult position given the lack of collaboration and adherence to the previously ordered deadlines by Defendants Krug and Luttrull.

4926-1981-1843, v. 2

13. Plaintiffs strenuously object to any extension of the exhibit disclosure deadline (November 29, 2024) – a deadline which Defendants Krug and Luttrull have already failed to meet. ("At least 6 weeks before the final pretrial conference, you must assemble all exhibits that may be introduced at the trial (including any deposition exhibits that may be offered at trial) and all other demonstrative or illustrative items that may be used at trial, and make copies of each item available to other counsel. Any exhibit not disclosed at that time <u>cannot be used at the trial</u> for any purpose other than impeachment or refreshing recollection.")(ECF-235 at 5)(emphasis in original).

WHEREFORE, Plaintiffs object to the State Defendants *Motion for Extension of Time of Pretrial Deadlines.* If the Court is inclined to grant the extension, Plaintiffs ask that it would not apply retroactively to any deadlines (exhibit disclosure) that have already passed.

Respectfully Submitted,
DENSBORN BLACHLY LLP

/s/ *Gillian D. Keiffner*
Gillian D. Keiffner, Atty No. 26804-49
Eric D. Schmadeke, Atty No. 27329-49

DENSBORN BLACHLY LLP
500 East 96th Street, Suite 100
Indianapolis, IN 46240
gkeiffner@dblaw.com
eschmadeke@dblaw.com

4926-1981-1843, v. 2

*Attorneys for Plaintiffs Dale W. Economan and Economan and Associates Family Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2024, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dirk De Lor
Dirk.DeLor@usdoj.gov

Wayne T. Ault
Wayne.Ault@usdoj.gov

Madison Lo Dolce
Madison.lodolce@usdoj.gov

Michael E. Brown
Mbrown@k-glaw.com

Betsy M. DeNardi
Betsy.DeNardi@atg.in.gov

Cory C. Voight
Cory.Voight@atg.in.gov

Carly A. Brandenburg
cbrandenburg@eichhorn-law.com

I also certify that on December 5, 2024, a copy of the foregoing document was served by United States First Class mail, postage prepaid on:

Betsy M. DeNardi
Cory C. Voight
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

/s/ *Eric D. Schmadeke*
Eric D. Schmadeke

4926-1981-1843, v. 2