UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE ECONOMAN, et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>TONDA COCKRELL, et al.,<br><br>　　　　　*Defendants*. | CASE NO.  1:20-cv-032-GSL |

### DEFENDANT GARRISON LAW FIRM'S MOTIONS IN LIMINE

Defendant, Garrison Law Firm ("GLF"), by counsel, and before trial and selection of the jury, moves this honorable Court to instruct Plaintiffs, their counsel, and all of their witnesses not to mention, refer to or inquire about any of the matters hereinafter set forth at any stage in the proceedings in the presence of the jury without first seeking permission from the Court outside the presence of the jury. The matters which are the subject of this motion are as follows:

1. Testimony, reference, or documentation that would suggest GLF may have liability insurance.

2. The mention of any settlement or compromise, negotiations or lack thereof between the parties.

3. The mention of the financial size, assets, financial standing, or profits of GLF or its ability to pay any judgment.

4. Any records, documents, or other tangible items not disclosed on Plaintiffs' or Co-Defendants' Final Exhibit List.

5. Testimony from any witness not listed on Plaintiffs' or Co-Defendants' Final Witness List.

6. Testimony or evidence relating to any item requested and not otherwise provided by Plaintiffs in discovery of this case.

7. Expert testimony from any witness not disclosed as an expert as required by the Case Management Plan.

8. The filing of the parties' motions in limine and any pre-trial discovery requests, disputes, and/or motions.

9. Evidence regarding other lawsuits, alleged bad acts, or incidents involving GLF or its employees/agents.

10. Testimony or evidence regarding damages that do not arise from the alleged constitutional violation at issue.

A Brief in Support of GLF's Motions in Limine is filed simultaneously herewith and incorporated herein.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By  *s/ Michael E. Brown*
Michael E. Brown, ID No. 2914-49
*Attorney for Defendant, The Garrison Law Firm*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2024, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Betsy M. DeNardi
Cory C. Voight
OFFICE OF THE
INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Attorneys for Defendants, James Luttrull, Jessica Krug and The Office of the Indiana Attorney General*

Madison Lo Dolce
Wayne T. Ault
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Madison.lodolce@usdoj.gov
Wayne.ault@usdoj.gov
*Attorneys for Defendants, United States of America, Tonda Cockrell and Gary Whisenand*

Eric Schmadeke
DENSBORN BLACHLY LLP
500 E 96th Street, Suite 100
Indianapolis, IN 46240
eschmadeke@dblaw.com

Gillian D. Keiffner
KEIFFNER LAW LLC
6508 Westfield Blvd., Suite 300
Indianapolis, IN 46220
Gillian@keiffner.com
*Attorney for Plaintiffs*

   *s/ Michael E. Brown*
Michael E. Brown

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com
tfreed@k-glaw.com

3