UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE E. ECONOMAN, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:20-cv-32 |

## ALL PARTIES' MOTION FOR EMERGENCY CLARIFICATION

All parties, including Plaintiffs Dr. Dale E. Economan and Economan and Family Medicine, as well as Defendants Tonda Cockrell, Gary L. Whisenand, The Garrison Law Firm L.L.C., James Luttrull, Jessica Krug, and the United States (together, "Defendants"), by counsel, hereby request that the Court hold a status hearing or in the alternative provide written clarification. In support thereof, the parties state:

1. Based on the December 5, 2024, filings, the parties have vastly different interpretations of the interplay between the Order and Opinion on Summary Judgment, the Court's ruling from the bench on November 5, 2024, memorialized in the transcript hearing, and the Court's written Order and Opinion from November 14, 2024. *See* ECF Nos. 225, 234 and 239, 242.

2. In their Trial Brief, Plaintiffs explain that they are "proceeding with the understanding that the only findings from the September 30, 2024, Opinion and Order that have been reconsidered are those specific findings that relate to the denial of qualified immunity and those findings related to the Defendants acting under color of state law." *Id.* at pg. 2. Plaintiffs also view the § 1985 claim as proceeding to the jury due to the Court's Order on Reconsideration due

to that claim no longer being "duplicative" as determined in the Opinion and Order on Summary Judgment. *Id.*

3. Plaintiffs' position is based on the explicit language of this Court's Order [ECF 242] which specifically identified and limited the issues and findings was sending to the jury as a result of its Order on Defendants' Motions to Reconsider.

> As a result, and again, as stated on the record, the issue of qualified immunity will proceed to trial on February 3, 2025. Similarly, the findings related to Defendants "acting under color of state law" for purposes of 42 U.S.C. Section 1983 liability will also proceed to trial on February 3, 2025.

4. All Defendants view Plaintiffs' position as contravening the Court's order, that:

> The following claims will proceed to trial on February 3, 2025: Malicious Prosecution (Wrongful Use of Civil Proceeding) under Indiana Law against Defendants Luttrull, Krug, Whisenand, the USA, and Garrison Law Firm; Violations of the Fourth Amendment under 42 U.S.C Section 1983 against Defendants Luttrull, Krug, Whisenand, Cockrell, the USA, and Garrison Law Firm; and Violations of the Fifth Amendment under 42 U.S.C Section 1983 against Defendants Luttrull, Krug, Whisenand, Cockrell, the USA, and Garrison Law Firm. The malicious prosecution claim against Defendant Cockrell, which Plaintiffs moved for and the Court granted summary judgment on, will proceed to trial only on the issue of damages.

> The following claims will not proceed to trial on February 3, 2025: Abuse of process under Indiana State Law; Violations of the Eighth Amendment under 42 U.S.C Section 1983; Violations of the Fourteenth Amendment under 42 U.S.C Section 1983; Violations of the Fourteenth Amendment as applied to Indiana Code § 34-24-2-1; and Conspiracy under 42 U.S.C. Section 1985.

*See* Op. & Order, ECF No. 242.

5. The parties request that the Court hold a hearing or provide written clarification on these interpretations.

6. Until the parties receive that clarification, the parties cannot move forward with elements of the Scheduling, Pretrial Conference, and Trial Order ("Trial Scheduling Order"), entered at ECF No. 235. Specifically, the parties cannot provide:

　　a. Any Proposed Final Pretrial Order, presently due December 9th;

    b. Portions of the Defendants' trial briefs, specifically any proposed stipulations, presently due December 12th;

    c. Objections to proffered jury instructions, verdict forms, or exhibits, presently due December 12th;

7. The parties will continue to comply with all other Court-ordered deadlines, including:

    a. Any reply to Plaintiffs' filing regarding presentation of a failure-to-intervene theory to the jury, or the Notice of Substitution based on the Westfall Act, each presently due December 10th;

    b. Any response to the Defendants' Motion to Stay pending resolution of the Appeal, presently due December 11th;

    c. Any response to objections on Expert Witnesses presently due December 12th;

    d. Trial briefs explaining the Defendants' view of the issues to be tried, including elements of the claims; evidentiary questions and any other legal issues reasonably anticipated to arise, and proposed witnesses, presently due December 12th;

    e. Responses to parties' Motions in Limine, presently due December 12th;

8. This Motion is not filed for any improper purpose or delay. All parties simply wish the Court alerted to upcoming issues and filings from the parties.

WHEREFORE, all parties respectfully request the Court hold a status hearing or provide written clarification as to the Plaintiffs' position, at its earliest convenience.

Respectfully submitted,

/s/ *Eric Schmadeke (with permission)*
ERIC SCHMADEKE
GILLIAN KEIFFNER
Densborn Blachly LLP
500 E. 96th St. #100
Indianapolis, IN 46240
T: (317) 669-0129
eschmadeke@dblaw.com
*Counsel for Plaintiffs*

/s/ *Michael E. Brown (with permission)*
MICHAEL E. BROWN
TAYLOR D. FREED
Kightlinger & Gray, LLP
221 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, IN 46204
T: (317) 638-4521
mbrown@k-glaw.com
*Counsel for The Garrison Law Firm*

/s/ *Jennifer Cook*
WAYNE T. AULT
JENNIFER COOK
MADISON LO DOLCE
Assistant US Attorneys
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
T: (219) 937-5500
F: (219) 937-5550
Jennifer.cook2@usdoj.gov
*Counsel for Tonda Cockrell, Gary Whisenand, and United States of America*

/s/ *Betsy M. Denardi (with permission)*
BETSY M. DENARDI
COREY C. VOIGHT
Office of the Indiana Attorney General
302 West Washington Street
Indianapolis, IN 46204
betsy.denardi@atg.in.gov
*Counsel for James Luttrull and Jessica Krug*