UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE W. ECONOMAN, AND ECONOMAN AND ASSOCIATES FAMILY MEDICINE ) ) ) ) Plaintiffs-Appellees ) ) VS. ) THE GARRISON LAW FIRM, LLC, ) ET AL. ) ) Defendants-Appellants ) | CAUSE NO. 1:20-cv-32-GSL |

## NOTICE OF APPEAL

Notice is hereby given that The Garrison Law Firm, LLC ("Garrison Law Firm") appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's "Opinion and Order" dated September 30, 2024, which denied Garrison Law Firm's summary judgment as to qualified immunity (ROA 225). The Garrison Law Firm also appeals from the district court's November 14, 2024 "Opinion and Order" following a motion for reconsideration under Rules 54(b) and 59(e) of the Federal Rules of Civil Procedure, which also denied qualified-immunity relief (ROA 242). All fees have been paid herewith pursuant to Fed. R. App. P. 3(e).

Respectfully submitted,

/s/ Michael E. Brown
Michael E. Brown
Taylor D. Freed
KIGHTLINGER & GRAY, LLP
225 S. East Street, Suite 220
Indianapolis, IN 46202
P: 317-638-4521; F: 317-636-5917
mbrown@k-glaw.com
tgreed@k-glaw.com
*Counsel for Defendant the Garrison Law Firm, L.L.C.*

# CERTIFICATE OF SERVICE

I hereby certify that on 10th day of December, 2024, I electronically filed the foregoing with the by using CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Eric D. Schmadeke
Gillian D. Keiffner
Isaac A. Jordan
Densborn Blachly, LLP
*Counsel for Plaintiff*

Wayne T. Ault
Jennifer B. Cook
Dirk D. De Lor
Madison Lo Dolce
United States Attorney's Office, Northern District of Indiana
*Counsel for Defendants Tonda Cockrell, Gary L. Whisenand, and the United States*

Betsy M. Denardi
Special Counsel of Complex Litigation
Cory C. Voight
Assistant Chief Deputy
Office Of Indiana Attorney
General Todd Rokita
*Counsel for State Defendants*

/s/ Michael E. Brown
Michael E. Brown