UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE W. ECONOMAN, AND ECONOMAN AND ASSOCIATES FAMILY MEDICINE </br></br>    Plaintiffs-Appellees </br></br> VS. </br></br> THE GARRISON LAW FIRM, LLC, ET AL. </br></br>    Defendant-Appellant | ) ) ) ) ) ) ) ) CAUSE NO. 1:20-cv-32-GSL ) ) ) ) ) ) |

## DOCKETING STATEMENT

In compliance with Seventh Circuit Rule 3(c), Defendant-Appellant, The Garrison Law Firm, LLC, submits this docketing statement.

### District Court Jurisdiction

Dale Economan and Economan and Associates Family Medicine (collectively, "Plaintiffs") sued Tonda Cockrell, Gary L. Whisenand, the Garrison Law Firm L.L.C., the United States, Jessica Krug, and James Luttrull alleging violations of their Fourth, Fifth, and Fourteenth amendment rights during the investigation into and subsequent criminal prosecution, administrative prosecution, and civil forfeiture suit related to Dale Economan's prescribing practices for controlled substances. (ROA 1.) Plaintiffs also alleged state law tort claims. (ROA 1.). The district court has subject matter jurisdiction over the federal claims under 28 U.S.C. §§ 1331 and 1343 because Plaintiffs alleged a violation of their federal civil rights.

The district court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

On February 26, 2023, Garrison Law Firm filed its Motion for Summary Judgment along with a Brief in Support and Designation of evidence, regarding all claims made against it. On September 30, 2024, the district court entered an order on the pending motions for summary judgment, denying Garrison Law Firm's claim of qualified immunity against Plaintiffs' claims. (ROA 225.) The district court subsequently reconsidered but again denied Garrison Law Firm's claim of qualified immunity, following Garrison Law Firm's Motion for Reconsideration under Rules 54(b) and 59(e) of the Federal Rules of Civil Procedure. (ROA 242). This order was entered on November 14, 2024. (ROA 242).

## Appellate Jurisdiction

Garrison Law Firm is timely filing its notice of appeal contemporaneously with this docketing statement on December 10, 2024, within 30 days of entry of the order disposing of Garrison Law Firm's motion under Rules 54(b) and 59(e). Fed. R. App. 4(A)(iv). This Court has appellate jurisdiction under 28 U.S.C. § 1291 over the denial of qualified immunity under the collateral order doctrine when the question presented is one of law, either because the facts are undisputed or the appellant has taken each disputed fact in the light most favorable to the plaintiffs. *See, e.g.*, *Plumhoff v. Rickard*, 572 U.S. 765, 773 (2014); *Will v. Hallock*, 546 U.S. 345, 350 (2006); *Mitchell v. Forsyth*, 472 US. 511, 530 (1985); *McGee v. Parsano*, 55 F.4th 563, 572 (7th Cir. 2022); *Jones v. Clark*, 630 F.3d 677, 680 (7th Cir. 2011).

## Ongoing Proceedings in the District Court

Because the district court granted in part and denied in part plaintiffs' motion for summary judgment, co-defendants' motions for summary judgment, and State defendants' motion for summary judgment, plaintiffs' state law malicious prosecution, Fourth Amendment, and Fifth Amendment claims remain pending before the district court. The district court has scheduled briefing on plaintiffs' failure to intervene claim and has set the remaining claims for a jury trial, (ROA 234). A motion to stay was filed, which was opposed by Plaintiffs. (ROA 253). Plaintiffs have until December 11, 2024 to file their response in opposition, while Replies in Support are due by December 18, 2024. (ROA 256).

## Prior or Related Appellate Proceedings

Defendants Krug and Luttrull filed a Notice of Appeal and Docketing Statement on November 26, 2024. (ROA 251, 252)

## Current Occupant of Officials Appearing in Their Capacity

The United States Defendants filed a Notice of Substitution for Defendants Whisenand and Cockrell on the basis of the Attorney General determining they were acting within the course and scope of their duties as to the state tort claims. (ROA 233).

Respectfully submitted,


/s/ Michael E. Brown
Michael E. Brown
Taylor D. Freed
KIGHTLINGER & GRAY, LLP
225 S. East Street, Suite 220
Indianapolis, IN 46202
P: 317-638-4521; F: 317-636-5917
mbrown@k-glaw.com
tgreed@k-glaw.com
*Counsel for Defendant the Garrison Law Firm, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of December, 2024, I electronically filed the foregoing with the by using CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Eric D. Schmadeke
Gillian D. Keiffner
Isaac A. Jordan
Densborn Blachly, LLP
*Counsel for Plaintiff*

Wayne T. Ault
Jennifer B. Cook
Dirk D. De Lor
Madison Lo Dolce
United States Attorney's Office, Northern District of Indiana
*Counsel for Defendants Tonda Cockrell, Gary L. Whisenand, and the United States*

Betsy M. Denardi
Special Counsel of Complex Litigation
Cory C. Voight
Assistant Chief Deputy
Office Of Indiana Attorney
General Todd Rokita
*Counsel for State Defendants*

/s/ Michael E. Brown
Michael E. Brown
