UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

DALE ECONOMAN, et al.,

    *Plaintiffs*,

v.

TONDA COCKRELL, et al.,

    *Defendants*.

CASE NO. 1:20-cv-00032-GSL

## DEFENDANT GARRISON LAW FIRM'S REPLY IN SUPPORT OF SUPPLEMENTAL BRIEFING ON FAILURE TO INTERVENE

Plaintiffs persist in the view that Defendant, The Garrison Law Firm ("GLF"), sought partial summary judgment when it filed its Motion for Summary Judgment. [DE 160] It did not, as was clearly shown by its brief in support of summary judgment which stated: "Consequently, Plaintiffs' claims in this matter are without merit and summary judgment should be granted in favor of The Garrison Law Firm." [DE 161, p. 2]

In addressing plaintiffs' claims, it specifically demonstrated it relied on the information it received from its client and that it had no reason to doubt that information. [DE 162-06, ¶¶ 26 & 27] That specifically eliminates a key element of a claim for failure to intervene since to sustain that claim a plaintiff must show that the defendant had reason to know a constitutional deprivation is occurring. *Yang v. Hardin*, 37 F.3d 282, 285 (1994).

That Plaintiffs in their response to the motion for summary judgment chose to do nothing more than assume that GLF's demonstrated reliance on the information of its client did not thereby also include a denial it had failed to intervene when it could have, was their strategy choice. In fact, they had a duty to dispute the evidence offered by providing a basis to show there was a

1

question of fact as to GLF's knowledge. This they failed to do. They simply lumped GLF in with all the other defendants characterizing them as a team colluding against the Plaintiffs.

Having failed to meet their burden as to GLF's motion by providing evidence to support their alleged failure to intervene, summary judgment in favor of GLF is appropriate.

       Respectfully submitted,

       KIGHTLINGER & GRAY, LLP

      By *s/ Michael E. Brown*
        Michael E. Brown, ID No. 2914-49
        *Attorney for Defendant, The Garrison Law Firm*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2024, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Betsy M. DeNardi
Cory C. Voight
OFFICE OF THE
INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Attorneys for Defendants, James Luttrull, Jessica Krug and The Office of the Indiana Attorney General*

Dirk D De Lor
Madison Lo Dolce
Wayne T. Ault
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Dirk.de.lor@usdoj.gov
Madison.lodolce@usdoj.gov
Wayne.ault@usdoj.gov
*Attorneys for Defendants, United States of America, Tonda Cockrell and Gary Whisenand*

Eric Schmadeke
DENSBORN BLACHLY LLP
500 E 96th Street, Suite 100
Indianapolis, IN 46240
eschmadeke@dblaw.com

Gillian D. Keiffner
KEIFFNER LAW LLC
6508 Westfield Blvd., Suite 300
Indianapolis, IN 46220
Gillian@keiffner.com
*Attorney for Plaintiffs*

  *s/ Michael E. Brown*
Michael E. Brown

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com
tfreed@k-glaw.com