UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE W. ECONOMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:20-CV-32-GSL |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Tonda Cockrell and Gary L. Whisenand, defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's written opinion and order entered in this case on September 30, 2024, denying the defendants' motion for qualified immunity (DE 225), and from this Court's subsequent order denying in relevant part the defendants' motion for reconsideration of that

opinion and order, which was orally announced from the bench on November 5, 2024, and entered on the docket on November 6, 2024 (DE 234).

    Respectfully submitted,

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

    /s/ Wayne T. Ault
    WAYNE T. AULT
    JENNIFER B. COOK
    MADISON LO DOLCE
    Assistant United States Attorneys
    Northern District of Indiana
    5400 Federal Plaza, Suite 1500
    Hammond, Indiana 46320
    Telephone: 219-937-5500
    Telecopy: 219-852-2770
    Internet Address: wayne.ault@usdoj.gov

    Counsel for Defendants Tonda Cockrell
    and Gary L. Whisenand