# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 6, 2026

To: Chanda J. Berta
UNITED STATES DISTRICT COURT
Northern District of Indiana
Fort Wayne, IN 46802-0000

| | |
|---|---|
| No. 24-3165 | DALE W. ECONOMAN and ECONOMAN AND ASSOCIATES FAMILY MEDICINE,<br>    Plaintiffs - Appellees<br><br>v.<br><br>JAMES LUTTRULL and JESSICA KRUG,<br>    Defendants - Appellants |
| No. 24-3246 | DALE W. ECONOMAN and ECONOMAN AND ASSOCIATES FAMILY MEDICINE,<br>    Plaintiffs - Appellees<br><br>v.<br><br>GARRISON LAW FIRM, LLC,<br>    Defendant - Appellant |
| No. 25-1020 | DALE W. ECONOMAN and ECONOMAN AND ASSOCIATES FAMILY MEDICINE,<br>    Plaintiffs - Appellees<br><br>v.<br><br>TONDA COCKRELL and GARY WHISENAND,<br>    Defendants - Appellants |
| **Originating Case Information:** | |

| |
|---|
| District Court No: 1:20-cv-00032-GSL<br>Northern District of Indiana, Fort Wayne Division<br>District Judge Gretchen S. Lund |
| **Originating Case Information:** |
| District Court No: 1:20-cv-00032-GSL<br>Northern District of Indiana, Fort Wayne Division<br>Clerk/Agency Rep Chanda J. Berta<br>District Judge Gretchen S. Lund |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                            No record to be returned

form name: **c7_Mandate**    (form ID: **135**)