# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DALE W. ECONOMAN

ECONOMAN AND ASSOCIATES FAMILY MEDICINE

       Plaintiffs

  v.

                                                      Civil Action No.  1:20-cv-32

GARY L. WHISENAND
*TERMINATED: 03/11/2026*

JESSICA KRUG
*TERMINATED: 03/11/2026*

JAMES LUTTRULL
*TERMINATED: 03/11/2026*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

__X__ Other:  Judgment ENTERED in favor of the defendants Gary L Whisenand, Jessica Krug and James Luttrull and against plaintiffs Dale W Economan and Economan and Associates Family Medicine.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

AO 450 (Rev. 01/09)   Judgment in a Civil Action

_X_   decided by Judge Gretchen S Lund.

DATE: 3/12/2026	CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*